**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RAYMOND SEELS, ADMINISTRATOR OF THE ESTATE OF TERRI SEELS-DAVILA, DECEASED, AND RAYMOND SEELS, IN HIS OWN RIGHT, | : No. 484 EAL 2017 <br> : <br> : <br> : Petition for Allowance of Appeal <br> : from the Order of the Superior Court |
| Petitioner | : |
| v. | : |
| TENET HEALTH SYSTEM HAHNEMANN, LLC, D/B/A HAHNEMANN UNIVERSITY HOSPITAL AND PHILADELPHIA HEALTH & EDUCATION CORPORATION AND DREXEL UNIVERSITY COLLEGE OF MEDICINE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.